**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 125 MAL 2019
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
SHANNON LAMAR THOMAN, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.